No. 94–1934. MYERS, WARDEN, ET AL. *v.* JIMINEZ. C. A. 9th Cir. Certiorari denied.

No. 94–1936. SCHULTZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1937. COALITION FOR FREE AND OPEN ELECTIONS ET AL. *v.* MCELDERRY, CHAIRMAN OF THE OKLAHOMA STATE ELECTION BOARD, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–1938. BARRICK GOLD EXPLORATION, INC., ET AL. *v.* HUDSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1943. ALEXANDER *v.* LOUISIANA STATE BOARD OF MEDICAL EXAMINERS. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–1944. MOSS *v.* BERNARD. C. A. 2d Cir. Certiorari denied.

No. 94–1945. PERKINS, INDIVIDUALLY AND ON BEHALF OF PENN *v.* GUEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1946. PENNSYLVANIA SECRETARY OF PUBLIC WELFARE *v.* IDELL S. C. A. 3d Cir. Certiorari denied.

No. 94–1947. LOVE *v.* PEPERSACK ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1948. HARREL *v.* UNIVERSITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1951. ALF ET AL. *v.* FLORIDA; ALSPAUGH ET AL. *v.* FLORIDA; and DUPUY ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 94–1952. CITY OF HAYWARD, CALIFORNIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.